B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Lev Orlov, Sofya Orlov, Debtor(s)

Case No.  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**  
Capital One Auto Finance

**Describe Property Securing Debt:**  
1995 Mercedes

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**  
GMAC

**Describe Property Securing Debt:**  
Personal Residence  
469 Westlawn  
Ypsilanti, MI 48197

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain _Attempt loan modification_ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>MorEquity | **Describe Property Securing Debt:**<br>Personal Residence<br>469 Westlawn<br>Ypsilanti, MI 48197 |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  Attempt loan modification  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  September 10, 2010     Signature  /s/ Lev Orlov
                     Lev Orlov
                     Debtor

Date  September 10, 2010     Signature  /s/ Sofya Orlov
                     Sofya Orlov
                     Joint Debtor